■ WILLIAM EPSTEIN, Respondent, v. LEWIS BUSINESS FORMS, INC., Appellant.— Order, Supreme Court, New York County, entered January 28, 1974, unanimously reversed, insofar as appealed from, on the law and in the exercise of discretion, and the cross motion of plaintiff-respondent for discovery and inspection of defendant-appellant's books and records denied, without costs and without disbursements. The order is overbroad, granting as it does discovery and inspection of "all books and records relevant to the allegations of the complaint". There has been neither service of a notice of discovery nor an examination, and the cross notice of motion is utterly lacking in specificity. This disposition is without prejudice to a renewed application identifying the books and records sought. (See *Rios* v. *Donovan*, 21 A D 2d 409.) Concur — Markewich, J. P., Kupferman, Murphy, Steuer and Tilzer, JJ.

■ In the Matter of AARON J. JAFFE, an Attorney.— Motion to reduce period of suspension and for reinstatement denied. Concur — Nunez, J. P., Kupferman, Murphy, Lane and Steuer, JJ.

■ In the Matter of VINCENT ANELLO, JR., an Attorney.— Respondent indefinitely suspended from practice as an attorney and counselor at law in the State of New York. Concur — Lupiano, J. P., Steuer, Tilzer, Capozzoli and Lane, JJ.

■ In the Matter of HAROLD L. MICHTOM, an Attorney.— Respondent indefinitely suspended from practice as an attorney and counselor at law in the State of New York. Concur — Markewich, J. P., Nunez, Kupferman, Tilzer and Lane, JJ.

### (June 27, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN D'ABATE, Appellant.— Judgment (resentence), Supreme Court, New York County, rendered on May 1, 1974, unanimously affirmed. Concur — Markewich, J. P., Kupferman, Steuer and Tilzer, JJ.; Murphy, J., concurs on constraint of *People* v. *D'Abate* (44 A D 2d 664). No opinion.